## THEO SARGENT *v.* COMMISSIONER OF CORRECTION

The petitioner Theo Sargent's petition for certification for appeal from the Appellate Court, 121 Conn. App. 725 (AC 30385), is denied.

*Temmy Ann Pieszak*, chief of habeas corpus services, in support of the petition.

*Robert J. Scheinblum*, senior assistant state's attorney, in opposition.

Decided September 8, 2010

## CITY OF NEW BRITAIN *v.* AFSCME, COUNCIL 4, LOCAL 1186

The plaintiff's petition for certification for appeal from the Appellate Court, 121 Conn. App. 564 (AC 30597), is granted, limited to the following issue:

"Did the Appellate Court properly determine that the issue of the foremen's pay differential was arbitrable?"

EVELEIGH, J., did not participate in the consideration of or decision on this petition.

The Supreme Court docket number is SC 18671.

*Mary C. Pokorski*, associate city attorney, in support of the petition.

*J. William Gagne, Jr.*, in opposition.

Decided September 8, 2010